# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 230

| | |
|---|---|
| EUGENE ALLEN BRADLEY, )<br>)<br>Plaintiff )<br>)<br>V )<br>)<br>BAXTER HEALTHCARE )<br>CORPORATION and PHARMACIA & )<br>UPJOHN COMPANY, LLC, )<br>)<br>Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Jason S. Shade's Application for Admission to Practice *Pro Hac Vice* of J. Carter Thompson, Jr. It appearing that J. Carter Thompson, Jr. is a member in good standing with the Mississippi Bar and will be appearing with Jason S. Shade, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Jason S. Shade's Application for Admission to Practice *Pro Hac Vice* (#26) of J. Carter Thompson, Jr. is **GRANTED**, and that J. Carter Thompson, Jr. is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Jason S. Shade.

Signed: February 7, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge