# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10 CV 230

| | |
|---|---|
| EUGENE ALLEN BRADLEY, )<br>)<br>   Plaintiff )<br>)<br>V )<br>)<br>BAXTER HEALTHCARE )<br>CORPORATION and PHARMACIA & )<br>UPJOHN COMPANY, LLC, )<br>)<br>   Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Nicholas J. Voelker's Application for Admission to Practice *Pro Hac Vice* of Kimberly Bessiere Martin. It appearing that Kimberly Bessiere Martin is a member in good standing with the Alabama Bar and will be appearing with Nicholas J. Voelker, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Nicholas J. Voelker's Application for Admission to Practice *Pro Hac Vice* (#33) of Kimberly Bessiere Martin is **GRANTED**, and that Kimberly Bessiere Martin is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Nicholas J. Voelker.

Signed: March 3, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge