# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv230

| | |
|---|---|
| **EUGENE ALLEN BRADLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| **BAXTER HEALTHCARE** ) | |
| **CORPORATION and PHARMACIA &** ) | |
| **UPJOHN COMPANY, INC.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

Pending before the Court is Defendants' Motion to Stay Pending Deadlines [# 37]. Defendants in this case have both filed Motions for Summary Judgment. Defendants contend that because Plaintiff failed to designate any experts to testify that the medical product at issue was defective and caused Plaintiff's injury, that summary judgment is proper for Defendants. Accordingly, Defendants move to stay all deadlines, including their deadline for disclosing experts, in the case pending a ruling from the District Court on the Motions for Summary Judgment. For good cause shown, the Court **GRANTS** Defendants' Motion [ # 37]. The Court stays the remaining deadlines in the Pretrial Order and Case Management Plan pending a ruling on the Motions for Summary Judgment.

Signed: June 6, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge